UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 29772
   CHARLOTTE L BETTENHAUSEN
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-2144
```

---
TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/28/05 and confirmed on 12/14/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 15262.44 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAN HOME MTGE | MORTGAGE ARRE | 9309.75 | .00 | 8908.62 |
| WILL COUNTY TREASURER | SECURED | 1672.57 | .00 | 1672.57 |
| APRIA HEALTHCARE INC | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED ANESTHESIOLOG | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED PATHOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATES IN BEHAVIORAL | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| BULGER RJOWSKI & DILLON | UNSECURED | NOT FILED | .00 | .00 |
| NARABI MD | UNSECURED | NOT FILED | .00 | .00 |
| EARTH & HOME HEALTH | UNSECURED | NOT FILED | .00 | .00 |
| HEARTLAND CARDIOVASCULAR | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERY CURTIN | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| KURTZ AMBULANCE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| METRO INFECTIOUS DISEASE | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST REHAB SERVICES | UNSECURED | 299.27 | .00 | 299.27 |
| MIDWEST REHAB SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| NEURO DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PRAIRIE EMERGENCY SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| SUDHAKARA PARUCHUI | UNSECURED | NOT FILED | .00 | .00 |
| SUPERIOR AIR GROUND AMBU | UNSECURED | 50.00 | .00 | 50.00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

```
TOTAL CLMS ALLOWED       10982.32          .00        349.27          .00      11331.59
PRINCIPAL PAID           10581.19          .00        349.27          .00      10930.46
INTEREST PAID                 .00          .00           .00          .00           .00
TOTAL PAID               10581.19          .00        349.27          .00      10930.46
```

The Debtor's attorney, JOHN C RENZI                , was allowed $   3300.00
and was paid $    700.00   direct and $   2600.00   through the plan.

The Trustee received $     610.39 .

Refunds to the Debtor totaled $    1121.59 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 12/16/08                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE